WALTER KLEINMAN, by JOSEPH KLEINMAN, His Guardian ad Litem, Appellant, v. WILLIAM C. ORTON and Others, Respondents.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ELLA E. ANDERSON, Respondent, v. THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BERNARD SILOVITZ, an Infant, by ROSE SILOVITZ, His Guardian ad Litem, and ROSE SILOVITZ, Respondents, v. CAMP JENED, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ERNA BERGER, Respondent, v. REGINA GALLAGHER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BLANCHE OF HAPSBURG-LORRAINE, Appellant, v. FRANCOIS DE SAINT PHALLE and Others, Defendants, Impleaded with FAL DE SAINT PHALLE, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

SAGAMOR METAL GOODS CORPORATION, Appellant, v. THE NYMFAUN Co., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JULIUS SUDOLSKY, an Infant, by MORRIS SUDOLSKY, His Guardian ad Litem, and MORRIS SUDOLSKY, Respondents, v. MOLLIE KRANTZ and ESTHER KURTZ, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JOSEPHINE BISCOGLIO, Respondent, v. NEW YORK RAILWAYS CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE MIRROR, Respondent, v. THE COCA-COLA COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LOFT, INCORPORATED, Respondent, v. THE COCA-COLA COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HAPPINESS CANDY STORES, INC., Respondent, v. THE COCA-COLA COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MOORE STREET HOLDING CORPORATION, Respondent, v. INDUSTRIAL FIRE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.